(September 9, 2002)

■ In the Matter of ERIC P. VON WIEGEN, a Disbarred Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [746 NYS2d 847] —Per Curiam.

Because we conclude that respondent has not shown by clear and convincing evidence that he possesses the character and general fitness to resume the practice of law (see 22 NYCRR 806.12 [b]), we deny the application for reinstatement.

Mercure, J.P., Crew III, Peters, Spain and Carpinello, JJ., concur. Ordered that respondent's application for reinstatement is denied.